**MC-012**

| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 1035029 | FOR COURT USE ONLY |
|---|---|
| NAME: Jeff Kane (pro hac vice, Washington, DC SBN 1035029) <br> FIRM NAME: Oppenheim + Zebrak, LLP <br> STREET ADDRESS: 4530 Wisconsin Ave NW <br> CITY: Washington, DC 20016   STATE: DC   ZIP CODE: 20016 <br> TELEPHONE NO.: 202.499.2940   FAX NO.: <br> EMAIL ADDRESS: jkane@oandzlaw.com <br> ATTORNEY FOR (name): Charles Curry, d/b/a/ Get Diesel Nutrition | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF USDC, SOUTHERN DIST. CALIF.
STREET ADDRESS: 333 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: James M Carter & Judith N. Keep U.S. Courthouse

PLAINTIFF: Charles Curry, d/b/a Get Diesel Nutrition
DEFENDANT: Joshua Nussbaum

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

CASE NUMBER: 3:23-mc-01939

1. ☐ **Postjudgment costs**
   a. I claim the following costs after judgment incurred within the last two years *(indicate if there are multiple items in any category)*:

   |   | Dates Incurred | Amount |
   |---|---|---|
   | (1) Preparing and issuing abstract of judgment | _____ | $ _____ |
   | (2) Recording and indexing abstract of judgment | _____ | $ _____ |
   | (3) Filing notice of judgment lien on personal property | _____ | $ _____ |
   | (4) Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 *(specify county)*: | _____ | $ _____ |
   | (5) Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | _____ | $ _____ |
   | (6) Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., § 708.110 et seq. | _____ | $ _____ |
   | (7) Attorney fees, if allowed by Code Civ. Proc., § 685.040 | _____ | $ _____ |
   | (8) Other: _____ *(Statute authorizing cost)*: _____ |  | $ _____ |
   | (9) Total of claimed costs for current memorandum of costs *(add (1)–(8))* |  | $ _____ |

   b. All previously allowed postjudgment costs   $ _____
   c. **Total** of all postjudgment costs *(add a and b)*   $ _____

2. ☒ **Credits to interest and principal**
   a. I acknowledge total payments to date in the amount of: $0.00 (including returns on levy process and direct payments). The payments received are applied first to the amount of accrued interest, and then to the judgment principal (including postjudgment costs allowed) as follows: credit to accrued interest: $0.00 ; credit to judgment principal $0.00 .
   b. **Principal remaining due.** The amount of judgment principal remaining due is $134,011.80 . *(See Code Civ. Proc., § 680.300.)*

3. ☒ **Accrued interest remaining due.** I declare interest accruing at the legal rate of 5.39 % on the unpaid principal amount of $134,011.80 and _____ % on the unpaid principal amount of $ _____ *(see Information Sheet for Calculating Interest and Amount Owed on a Judgment* (form MC-013-INFO)) from the date of entry or renewal and on balances from the date of any partial satisfactions (or other credits reducing the principal), remaining due in the amount of $2,868.11 .

4. I am the: ☐ judgment creditor   ☐ agent for the judgment creditor   ☒ attorney for the judgment creditor.
   I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is **true and correct.**

Date: February 7, 2025

Jeff Kane
(TYPE OR PRINT NAME)     ▶     *Jeff Kane*
     (SIGNATURE OF DECLARANT)

---

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2024]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure,
§§ 685.040, 685.070, 695.220
www.courts.ca.gov

MC-012

| Short Title: Curry v. Revolution Laboratories, LLC et al. | CASE NUMBER: 3:23-mc-01939 |
|---|---|

## PROOF OF SERVICE

[x] Mail  [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is: 4937 Wyaconda Road, Rockville, MD 20852

3. [x] I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows *(complete either a or b)*:

    a. [x] **Mail.** I am a resident of or employed in the county where the mail occurred.
       (1) I enclosed a copy in an envelope AND
           (a) [x] **deposited** the sealed envelope with the United States Postal Service with the postage fully prepaid.
           (b) [ ] **placed** the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

       (2) The envelope was addressed and mailed as follows:
           (a) Name of person served: Joshua Nussbaum
           (b) Address on envelope: 15898 Paseo Del Sur, San Diego, CA 92127
           (c) Date of mailing:
           (d) Place of mailing *(city and state)*:

    b. [ ] **Personal delivery.** I personally delivered a copy as follows.
       (1) Name of person served:
       (2) Address where delivered:
       (3) Date delivered:
       (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 2/7/25

Carina Anger
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF DECLARANT)