# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Charles Curry, d/b/a/ Get Diesel Nutrition  )
)
)
vs.  )   CASE NO. 23-MC-1939
)
)   **PRAECIPE**
Revolution Laboratories, LLC, et al.  )
)
)

TO THE CLERK:

Dear Sir or Madam,
Please issue an abstract of judgment as to Joshua Nussbaum in the amount of $136,879.91. This amount matches the amount shown on the Declaration of Accrued Interest (Dkt. 7), line 2b ($134.011.80) plus line 3 ($2,868.11). Per the Court's website,
https://www.casd.uscourts.gov/forms.aspx?list=postjudgmentforms,
we will separately email the abstract of judgment form to intake@casd.uscourts.gov.
Thank you.

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:

Joshua Nussbaum

DATE: February 11, 2025

Date Issued: _____

Jeff Kane (pro hac vice, DC SBN 1035029)
Name
4530 Wisconsin Ave NW, 5th Floor
Address
Washington, DC 20037

202.499.2940
Telephone