EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*<br>After recording, return to:<br>Jeff Kane (pro hac vice, Washington, DC SBN 1035029)<br>Oppenheim + Zebrak, LLP<br>4530 Wisconsin Ave, Suite 500<br>Washington, DC 20016<br>TEL NO.: 202.499.2940   FAX NO. (optional):<br>E-MAIL ADDRESS *(Optional)*: jkane@oandzlaw.com<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** US Dist. Ct. S.D. Cal.
STREET ADDRESS: 333 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: James Carter & Judith N. Keep U.S. Courthouse

FOR RECORDER'S USE ONLY

PLAINTIFF: Charles Curry d/b/a/ Get Diesel Nutrition
DEFENDANT: Joshua Nussbaum

CASE NUMBER: 23-MC-1939

### ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS
[ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      | Joshua Nussbaum |
      | 15898 Paseo Del Sur |
      | San Diego, CA 92127 |

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Joshua Nussbaum, 15898 Paseo Del Sur, San Diego, CA 92127

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Charles Curry, c/o Oppenheim + Zebrak, LLP
   4530 Wisconsin Ave NW
   Washington, DC 20016

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 11, 2025
Jeff Kane
(TYPE OR PRINT NAME)

▶
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $136,879.91
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: 1/23/25
   b. Renewal entered on *(date)*: 2/10/25
9. [ ] This judgment is an installment judgment.

10. [ ] An [X] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $136,879.91
    b. In favor of *(name and address)*:
       Charles Curry, c/o Oppenheim + Zebrak, LLP
       4530 Wisconsin Ave NW, Washington DC 20016
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*: 02/11/2025

Clerk, by s/J. Petersen, Deputy

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Charles Curry d/b/a/ Get Diesel Nutrition | COURT CASE NO.: |
|---|---|
| DEFENDANT: Joshua Nussbaum | 23-MC-1939 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Revolution Laboratories, LLC
990 Highland Dr, Suite 203
Solana Beach, CA 92075

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address
Barry Nussbaum
2756 Aina Mahiai Street
Lahaina, HI 96761

Driver's license no. [last 4 digits] and state: ☒ Unknown
Social security no. [last 4 digits]: ☒ Unknown
Summons was personally served at or mailed to (address):

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.